JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 28 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE LINARES, | Case No. CV 14-2329 JGB (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JEFFERY BEARD, | |
| Respondent. | |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: July 23, 2014

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 28 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY